## Case No. 1,042.

### BARRELL v. SIMONTON.

[3 Cranch, C. C. 681.] [1]

Circuit Court, District of Columbia. Dec. Term, 1829.

#### DEPOSITION—REASONABLE NOTICE.

Notice at Washington to defendant's counsel, on Thursday, the 31st of December, that a deposition would be taken in Baltimore on the 2d of January, was not reasonable notice.

Mr. R. S. Coxe, for the defendant, moved the court for a continuance of the cause until the next term, because a deposition had been taken on the part of the plaintiff, in Baltimore, on Saturday, the 2d of January, upon notice given to the defendant's counsel here in Washington, on Thursday, the 31st of December, at eleven o'clock, A. M.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

THE COURT (THRUSTON, Circuit Judge, absent) was of opinion that the notice was not reasonable, and continued the cause.